IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES TAYLOR,

      Plaintiff,                    No. CIV S-08-0349 LKK KJM P

   vs.

STATE OF CALIFORNIA, et al.,

      Defendants.        ORDER

                           /

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of June 20, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (docket #11)  is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: July 18, 2008.

                                        U.S. MAGISTRATE JUDGE

1/ke
tayl.0349.36